**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7538**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

THOMAS J. COBB,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Florence.  C. Weston Houck, Chief District Judge.  (CR-90-509, CA-95-3161-4-12)

———————

Submitted:  January 7, 1999          Decided:  January 26, 1999

———————

Before WIDENER, MURNAGHAN, and ERVIN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Thomas J. Cobb, Appellant Pro Se.  William Earl Day, II, Assistant United States Attorney, Florence, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Thomas J. Cobb appeals the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994) (current version at 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998)).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Cobb v. United States, Nos. CR-90-509; CA-95-3161-4-12 (D.S.C. Sept. 30, 1998); see also Lindh v. Murphy, 521 U.S. ___, 1997 WL 338568 (U.S. June 23, 1997) (No. 96-6298).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED